Form 154A

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

7

In re:                                                                                                         Bankruptcy Case No.: 22−20769−JAD

Chapter: 13

**Franklin A. Schuffert**
**aka Frank A. Schuffert**
   Debtor(s)

## NOTICE TO FILE PROOF OF CLAIM

NOTICE IS GIVEN THAT:

   Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before **July 5, 2022**.

   Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

   A proof of claim is a signed statement describing a creditor's claim. Claims can be filed electronically through the court's website at http://www.pawb.uscourts.gov/filing−proof−claim using the Electronic Proof of Claim ("ePOC") System.

   Additional information regarding obtaining a proof of claim form (Official Form B410) and filing a proof of claim, including information regarding filing a claim by regular mail, can be found at the court's website at http://www.pawb.uscourts.gov/filing−proof−claim.

   There is no fee for filing the proof of claim.

   **Any creditor who has filed a proof of claim already need not file another proof of claim.**

   Governmental units must file their claims 180 days after the date of the order for relief or the date listed above, whichever is later.

**Address of the Bankruptcy Court**                                                                       Michael R. Rhodes
   U.S. Bankruptcy Court                                                                                   *Clerk, U.S. Bankruptcy Court*
   c/o CLAIMS CLERK
   5414 U.S Steel Tower
   600 Grant Street
   Pittsburgh, PA 15219

Dated: 4/26/22

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Franklin A. Schuffert  
    Debtor

Case No. 22-20769-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: admin      Page 1 of 2  
Date Rcvd: Apr 26, 2022      Form ID: 154A      Total Noticed: 14

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Franklin A. Schuffert, 116 Deerwood Drive, Pittsburgh, PA 15235-2621 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 15475409 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 26 2022 23:43:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15475410 | + Email/Text: PBNCNotifications@peritusservices.com | Apr 26 2022 23:42:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15475412 | + Email/PDF: resurgentbknotifications@resurgent.com | Apr 26 2022 23:52:16 | LVNV Funding LLC, C/o Resurgent Capital Services, PO Box 10497, Greenville, SC 29603-0497 |
| 15475421 | Email/Text: ml-ebn@missionlane.com | Apr 26 2022 23:42:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 15475420 | Email/Text: ml-ebn@missionlane.com | Apr 26 2022 23:42:00 | Mission Lane LLC, Po Box 105286, Atlanta, GA 30348 |
| 15475411 | Email/Text: ml-ebn@missionlane.com | Apr 26 2022 23:42:00 | Lendup Card Services, Inc., PO Box 31535, Tampa, FL 33631-3535 |
| 15475414 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 26 2022 23:43:00 | Midland Credit Management Inc., 320 East Big Beaver, Troy, MI 48083-1238 |
| 15475417 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 26 2022 23:43:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 15475422 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 26 2022 23:52:12 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15475423 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 26 2022 23:52:15 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15475424 | + Email/Text: bankruptcyteam@quickenloans.com | Apr 26 2022 23:43:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15475425 | + Email/PDF: resurgentbknotifications@resurgent.com | Apr 26 2022 23:52:16 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15475427 | + Email/Text: bankruptcyteam@quickenloans.com | Apr 26 2022 23:43:00 | Rocket Mortgage, 1050 Woodward Ave, Detroit, MI 48226-3573 |

TOTAL: 13

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| District/off: 0315-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 26, 2022 | Form ID: 154A | Total Noticed: 14 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15475413 | *+ | LVNV Funding LLC, C/o Resurgent Capital Services, PO Box 10497, Greenville, SC 29603-0497 |
| 15475415 | *+ | Midland Credit Management Inc., 320 East Big Beaver, Troy, MI 48083-1238 |
| 15475416 | *+ | Midland Credit Management Inc., 320 East Big Beaver, Troy, MI 48083-1238 |
| 15475418 | *+ | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 15475419 | *+ | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 15475426 | *+ | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2022         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Kenneth Steidl | on behalf of Debtor Franklin A. Schuffert julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 3